IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIANA REESE ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> CBE, INC. d/b/a CAPITAL BUSINESS ) <br> EQUIPMENT, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 2:17-cv-00870-SRW |

## **ORDER**

Upon consideration of the parties' joint stipulation of dismissal with prejudice (Doc. 24), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the court finds that this action has been dismissed with prejudice by operation of Rule 41 on the terms agreed to and set out by the parties. The Clerk of the Court is DIRECTED to close this case.

Done, on this the 19th day of June, 2019.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge